FILED

2013 SEP 20 AM 11:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:________

Emma D. Enriquez (SBN 225059)
emma@emmaenriquez.com
LAW OFFICES OF EMMA D. ENRIQUEZ
505 N. Arrowhead Avenue, Ste. 510
San Bernardino, CA 92401
(909) 206-1246 (office/facsimile)

Attorneys for Plaintiff,
El Paseo Jewelry, Inc., a California corporation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

EL PASEO JEWELRY, INC., a California Corporation,

Plaintiff,

vs.

OUT OF THE BOX ENTERPRISES, a Texas limited liability company; DARIN DAMME, an individual; ROBERT RIDDLEMOSER, an individual;

Defendants.

Case No.: ED CV 13 - 01708 CBM (OPx)

**COMPLAINT FOR:**

1. **FALSE ADVERTISING (15 U.S.C. § 1125(a);**
2. **FALSE ADVERTISING (Cal. Bus. & Prof. C. § 17500 *et. seq.*);**
3. **STATUTORY UNFAIR COMPETITION (Cal. Bus. & Prof. C. § 17200 *et. seq.*).**

**DEMAND FOR JURY TRIAL**

Plaintiff El Paseo Jewelry, Inc., a California corporation ("El Paseo") alleges as follows:

///

///

///

///

## I.    JURISDICTION AND VENUE

1.    This is false advertising suit brought under 15 U.S.C. § 1125(a)
(Lanham Act); Cal. Bus. & Prof. C. §§ 17500 *et seq*., 17505; Cal. Bus. & Prof. C.
§ 17200 *et seq*..   El Paseo seeks damages, disgorgement, and injunctive relief
under the Lanham Act.   It seeks injunctive relief and any other appropriate
equitable remedy, such as corrective advertising, under Cal. Bus. & Prof. C. §§
17500 *et seq*., 17505; Cal. Bus. & Prof. C. § 17200 *et seq*..

2.    The Court has federal question jurisdiction under 28 U.S.C. § 1331
over El Paseo's First Claim for Relief for false advertising actionable under the
Lanham Act, 15 U.S.C. § 1125.   The Court has jurisdiction over El Paseo's
Second through Third Claims for Relief under 28 U.S.C. § 1367(a) for statutory
false advertising, and statutory unfair competition, actionable under
California law, because those claims are so related to Plaintiff's claims within
the Court's original jurisdiction that they form part of the same case or
controversy under Article III of the United States Constitution.

3.    Venue is proper in this district because: (a) the Defendants are
subject to personal jurisdiction in this district and reside in this district for
purposes of 28 U.S.C. §§ 1391(b)(1) and 1391(c); and, alternatively, (b)
because a substantial part of the events giving rise to El Paseo's claims
occurred in this district, making venue appropriate under 28 U.S.C. §
1391(b)(2).

## II.    THE PARTIES

4.    El Paseo Jewelry, Inc., is a corporation organized and existing
under the laws of the State of is a California with its principal place of business
in Palm Desert, Riverside County, California.

5.    Out of the Box Enterprises, LLC ("Out of the Box") is a limited

liability company organized and existing under the laws of the State of Texas, registered to do business in California, and with its principal place of business in Rancho Mirage, Riverside County, California.

6. Darin Damme ("Damme") is an individual residing in Riverside County, California.

7. Robert Riddlemoser ("Riddlemoser") is an individual residing in Riverside County, California.

8. Damme, Riddlemoser, and Out of the Box are collectively referred to herein as "Out of the Box Defendants".

## III. FACTUAL BACKGROUND

### A. THE COMPETITORS

9. El Paseo and Out of the Box are competitors in the gold purchasing industry. They each purchase gold and other precious metals, such as silver and platinum, from consumers and then eventually resell the purchased metals to wholesalers, refineries, and other retailers. The industry is a highly competitive one.

10. El Paseo and Out of the Box compete within the some Southern California region known as the Coachella Valley which is populated by an estimated 600,000 people. El Paseo and Out of the Box both have a particular marketing focus on the Cities of Palm Springs, Palm Desert and Rancho Mirage.

11. El Paseo first entered the Coachella Valley market in November, 1998, with its brick-and-mortar store located in Palm Desert, California.

12. Out of the Box first entered the Coachella Valley market in 2008 by hosting "house parties" and weekend purchasing events at hotels. In September, 2009, Out of the Box opened its brick-and-mortar store in Rancho Mirage, California.

///

///

**B. OUT OF THE BOX'S ADVERTISING CAMPAIGN: "WE BUY THE MOST SO CAN WE PAY THE MOST."**

13. Out of the Box is owned by two principals, each owning approximately 50% of the company: (1) Darin Damme; and (2) Robert Riddlemoser. Damme and Riddlemoser started Out of the Box after long careers in radio, marketing, and advertising. Damme and Riddlemoser used their marketing and advertising background to design and implement an aggressive marketing campaign to promote Out of the Box throughout the Coachella Valley.

14. Starting in 2009 and continuing to the present, Out of the Box's marketing message has been expressed as follows: (1) "We buy the most. We pay the most"; or (2) "We buy the most so we can pay the most." With this message, Out of the Box Defendants intend to attract sellers, that generally do not have any kind of precious metals specialized knowledge, to sell their gold and precious metals to Out of the Box Defendants. Out of the Box Defendants' intended to communicate two things: (1) Out of the Box purchases the most so they are able to pay the most due to the amount of its purchase and sale volume; and (2) Out of the Box is the number one "popular" gold purchasing store in the Coachella Valley.

15. Out of the Box's message "we buy the most so we can pay the most" has been published several hundred times through radio, television, billboard, and print media.

**C. OUT OF THE BOX'S FALSE VOLUME ADVERTISING**

16. On December 2, 2010, Out of the Box filed a federal lawsuit against El Paseo, case number EDCV10-1858 VAP(DTBx), ("OOTB Lawsuit"), based on a claim that El Paseo falsely advertised that it paid 92% of the spot price for gold ("92% Advertisements"). The 92% Advertisements were published in the Desert Sun newspaper from January, 2010, to September, 2010.

17. In July, 2012, a nine-day jury trial took place in the OOTB Lawsuit in Riverside, California. During the course of the trial, Damme, and Riddlemoser,

testified that they developed the "We buy the most. We pay the most." campaign but were injured by the 92% Advertisements because they diverted business away from Out of the Box Defendants.

18. During the trial, Riddlemoser testified that he was responsible for handling the bookkeeping and accounting for the Out of the Box Defendants Store. Riddlemosler also testified that he was responsible for ensuring that the gold inventory was accurately reflected in Out of the Box Defendants Store financial records.

19. During the trial, Damme and Riddlemoser testified that the amount of gold purchases sharply declined during the months that the 92% Advertisements were published: January, 2010 – September, 2010. In representing to the jury that Out of the Box had lost between $5M - $6.7M in purchases, Damme and Riddlemoser produced a forensic accounting expert, David Nolte, of Fulcrum Financial Inquiry, LLP ("Nolte"). In support of his analysis, Nolte referred to certain exhibits that summarized Nolte's review of Out of the Box's Quickbooks accounting records.

20. Damme, Riddlemoser and Nolte's testimony along with Out of the Box's Quickbook accounting records show that Out of the Box inflated the amount of volume of precious metals purchases in its advertisements published in the Desert Sun from October, 2009, to October, 2010, by up to 43%.

21. More specifically, El Paseo is informed and believes, and thereon alleges, that Out of the Box inflated its advertised amount of volume of precious metals purchases as follows (the numbers reflected as conservative):

///

///

///

///

///

///

| DATE OF AD/REPRESENTED VOLUME | APPROXIMATE INFLATED AMOUNT OF VOLUME ADVERTISED |
|---|---|
| 10/9/10:  $2,600,000 | $1,127,085 (inflated by 43%) |
| 11/5/09:  $3,300,000 | $1,331,253 (inflated by 40%) |
| 12/5/09:  $4,300,000 | $1,436,864 (inflated by 33%) |
| 12/24/09:  $5,100,000 | - |
| 3/8/10:  $6,300,000 | $1,520,790 (inflated by 24%) |
| 4/18/10:  $8,100,000 | $2,958,231 (inflated by 36%) |
| 5/3/10:  $8,300,000 | $2,684,150 (inflated by 33%) |
| 6/6/10:  $8,300,000 | $2,447,064 (inflated by 29%) |
| 7/6/10:  $8,300,000 | $1,791,858 (inflated by 22%) |
| 8/8/10:  $8,300,000 | $1,376,602 (inflated by 17%) |
| 9/6/10:  $8,300,00 | $989,437 (inflated by 12%) |
| 10/6/10:  $8,300,00 | $521,731 (inflated by 6%) |

22.     Copies of advertisements published by Out of the Box in the Desert Sun from October, 2009, through October, 2010, are attached hereto as Exhibit 1 and incorporated herein ("False Volume Ads").

23.     El Paseo is informed and believes, and thereon allege, that the False Volume Ads in Exhibit 1 are "page killer ads" intentionally made slightly larger than half of the page so that no other content on the page stands out.   El Paseo is further informed and believes, and thereon alleges, that the Out of the Box (1) published the False Volume Ads in the Desert Sun at least four times a week; (2) for 11 months; (3) with an average daily circulation of 30,000 to 60,000.  Based on these understandings, Out of the Box's False Volume Ads were circulated at least 1,320,000 to 2,640,000 times.

24.     This False Volume Ads were not discovered by El Paseo until after the trial had concluded because (1) Nolte did not testify until the last two days of trial and during the damages phase of the trial (the trial had been bifurcated and the

liability portion had already gone to jury); and (2) Out of the Box adjusted its Quickbooks numbers and did not finalize its report based thereon until the trial.

25. El Paseo are informed and believe, and thereon allege, that given Out of the Box Defendants' (1) admitted competitive rivalry with El Paseo for the same target audience, as testified to during trial; (2) admitted aggressive advertising tactics, as testified to during trial; and (3) evidence of False Volume Advertising, El Paseo and consumers will continue to suffer injury due to Out of the Box Defendants' false advertising unless the Court enjoins this kind of advertising.

**FIRST CLAIM FOR RELIEF**

**(for False Advertising,15 U.S.C. § 1125(a))**

26. El Paseo refers to paragraphs 1 through 25 of the Complaint, inclusive, and incorporates them by reference as though set forth in full.

27. As alleged in detail above, Out of the Box Defendants engaged in false advertising regarding its amount of volume of total purchases during its "We buy the most so we pay the most" campaign. The False Volume Ads constitute literal false advertising.

28. El Paseo are informed and believes, and thereon alleges, that each of the Out of the Box Defendants knew or should have known that each of the claims were false or misleading.

29. El Paseo is informed and believes, and thereon alleges, that each of Damme and Riddlemoser, are liable under the Lanham Act for Out of the Box's False Volume Ads because they authorized, directed, and participated in the tortious acts notwithstanding that they each may have acted as agents for the corporation and not on their own behalf when creating and publishing the False Volume Ads.

30. Through the conduct alleged above, Out of the Box Defendants

have used in interstate commerce false or misleading descriptions or representations of fact in connection with the commercial advertising or promotion of goods and services. Such descriptions and representations misrepresent the nature, characteristics, and qualities of Out of the Box Defendants' products and services, and are likely to influence the purchasing decision of consumers, wholesalers, and retailers. Such descriptions and representations have actually deceived or have the tendency to deceive a substantial segment of the relevant customers, and have injured El Paseo by diverting sales from El Paseo to Out of the Box Defendants. Accordingly, Out of the Box Defendants' conduct violates 15 U.S.C. § 1125(a).

31. El Paseo are informed and believe, and based thereupon allege, Out of the Box Defendants' false advertising in violation of 15 U.S.C. § 1125 has caused substantial injury to El Paseo and is continuing to cause substantial injury. El Paseo has no adequate remedy at law for these injuries. Unless Out of the Box Defendants are restrained by this Court from continuing its false advertising in violation of 15 U.S.C. § 1125, these injuries will continue to accrue. Pursuant to 15 U.S.C. § 1116, El Paseo is entitled to preliminary and permanent injunctive relief against Out of the Box Defendants' false advertising.

32. El Paseo is entitled, under 15 U.S.C. § 1117, to recover Out of the Box Defendants' profits realized as a result of Out of the Box Defendants' false advertising. Out of the Box Defendants' profits are in an amount not yet ascertained but to be proven at trial.

33. El Paseo are informed and believe, and based thereupon allege, that Out of the Box Defendants' false advertising as alleged herein was and is

intentionally fraudulent, malicious, willful, and wanton. El Paseo are therefore entitled, pursuant to 15 U.S.C. § 1117, to recover threefold Out of the Box Defendants' profits realized by reason of Out of the Box Defendants' false advertising. El Paseo are further entitled under 15 U.S.C. § 1117 to recover the attorneys' fees incurred by it in this action.

**SECOND CLAIM FOR RELIEF**

**(False Advertising, Cal. Bus. & Prof. Code §§ 17500 *et seq.*)**

34. Plaintiff refers to paragraphs 1 through 33 of the Complaint, inclusive, and incorporates them by reference as though set forth in full.

35. Out of the Box Defendants have engaged in the advertising described above with the intent to misrepresent the volume of precious metals purchases Out of the Box made in the Coachella Valley from 2009 to 2010.

36. The advertising alleged herein, constitutes false or misleading advertising claims regarding character, extent, and volume of their business in violation of Cal. Bus. & Prof. Code § 17505 which provides: "...no person shall in any other manner misrepresent the character, extent, volume, or type of his business."

37. Out of the Box Defendants' advertising is false or misleading and is likely to deceive consumers in that Out of the Box Defendants' false statements concerning the volume of precious metals purchases most likely induced consumers to sell precious metals to Out of the Box Defendants instead of competitors in the same industry like El Paseo.

38. El Paseo are informed and believe, and based thereupon allege, that Out of the Box's false and misleading statements have actually induced

certain consumers to sell precious metals to Out of the Box Defendants instead of competitors in the same industry like El Paseo.

39. El Paseo are informed and believe, and based thereupon allege, that in making and disseminating these statements, Out of the Box Defendants knew, or by the exercise of reasonable care should have known, that these statements were untrue or misleading.

40. El Paseo is informed and believes, and thereon alleges, that each of Damme and Riddlemoser, are liable under Cal. Bus. & Prof. Code §§ 17500 *et seq*. and 17505 for Out of the Box's False Volume Ads because each of them personally caused, or being in control, at least permitted the acts constituting false advertising. Additionally, given Damme and Riddlemoser's ownership interests in Out of the Box, active management in Out of the Box, and roles in creating and publishing the False Volume Ads, Damme and Riddlemoser knew or should have known the falsity of the False Volume Ads.

41. Out of the Box Defendants' false advertising in violation of Cal. Bus. & Prof. Code §§ 17500 *et seq*. and 17505 have caused substantial injury to El Paseo. El Paseo have no adequate remedy at law for these injuries.

42. El Paseo are informed and believe and therefore allege that unless Out of the Box Defendants are restrained by this Court from continuing its activities in violation of Cal. Bus. & Prof. Code §§ 17500 and 17505, these injuries will continue to accrue. Pursuant to Cal. Bus. & Prof. Code § 17535, El Paseo are entitled to preliminary and permanent injunctive relief against Out of the Box Defendants' false advertising.

///

///

## THIRD CLAIM FOR RELIEF

**(Statutory Unfair Competition, Cal. Bus. & Prof. Code §§ 17200 *et seq.*)**

43. El Paseo refer to paragraphs 1 through 42 of the Complaint, inclusive, and incorporates them by reference as though set forth in full.

44. Out of the Box Defendants, by doing the acts alleged herein, have acted in violation of 15 U.S.C. § 1125(a), Cal. Bus. & Prof. Code §§ 17500 *et. seq.*, and Cal. Bus. & Prof. Code § 17505.

45. By violating 15 U.S.C. § 1125(a), Cal. Bus. & Prof. Code §§ 17500 et. seq., and Cal. Bus. & Prof. Code Code § 17505, Out of the Box Defendants have engaged in unlawful, unfair, and fraudulent business practices constituting statutory unfair competition in violation of Cal. Bus. & Prof. Code §§ 17200 *et seq.*.

46. Out of the Box Defendants' unlawful, unfair, and fraudulent business practices in violation of Cal. Bus. & Prof. Code §§ 17200 *et seq.* have caused substantial injury to El Paseo.

47. El Paseo is informed and believes, and thereon alleges, that each of Damme and Riddlemoser, are liable under Cal. Bus. & Prof. Code §§ 17200 *et seq.* for Out of the Box's False Volume Ads because each of them personally caused, or being in control, at least permitted the acts constituting false advertising. Additionally, given Damme and Riddlemoser's ownership interests in Out of the Box, active management in Out of the Box, and roles in creating and publishing the False Volume Ads, Damme and Riddlemoser knew or should have known the falsity of the False Volume Ads.

48. El Paseo are informed and believe that, unless enjoined, Out of the Box Defendants will continue to cause substantial injury. El Paseo, therefore,

have no adequate remedy at law for these injuries. Unless Out of the Box Defendants are restrained by this Court from continuing their unlawful, unfair, and fraudulent business practices in violation of Cal. Bus. & Prof. Code §§ 17200 *et seq.*, these injuries will continue to accrue.

49. Pursuant to Cal. Bus. & Prof. Code § 17203, El Paseo are entitled to preliminary and permanent injunctive relief against Out of the Box Defendants' unlawful, unfair, and fraudulent business practices constituting statutory unfair competition in violation of Cal. Bus. & Prof. Code §§ 17200 *et seq.*.

**PRAYER**

WHEREFORE, El Paseo prays for judgment as follows:

A. <u>FOR INJUNCTIVE RELIEF, ON ALL CLAIMS FOR RELIEF</u>:

For a preliminary injunction and permanent injunction enjoining and restraining, and its directors, officers, agents, servants, employees, representatives, successors, assigns and any persons acting at their request or direction or in active concert or participation with them, or any related company embraced within the definition thereof contained in 15 U.S.C. § 1127, from engaging in any form of false advertising as alleged herein.

B. <u>FOR MONETARY RELIEF, ON THE FIRST CLAIM FOR RELIEF</u>:

(1) For an order requiring Out of the Box Defendants to account for and pay over to El Paseo the profits realized by Out of the Box Defendants by reason of the False Volume Ads;

(2) For the disgorgement of Out of the Box Defendants' ill-gotten gains realized by Out of Box by reason of the False Volume Ads;

(3) For prejudgment interest at the maximum rate allowed by law.

C. ON ALL CLAIMS FOR RELIEF:

(1) For El Paseo's costs of suit herein;

(2) For attorneys' fees to the extent allowed by statute, including, without limitation, 15 U.S.C. § 1117; and

(3) For such other and further relief as the Court deems just and proper.

DATED: September 19, 2013

**LAW OFFICES OF EMMA D. ENRIQUEZ**

Emma D. Enriquez
Attorney for Plaintiff
El Paseo Jewelry, Inc., a California corporation

EXHIBIT 1



Exhibit 1 page 1

Across the valley THE DESERT SUN | THURSDAY, NOVEMBER 5, 2009 | B5

coachella

# Literacy Festival aims to uplift valley youth

TODAY'S GOOD NEWS

## UC campus launches network to boost test scores, opportunity

BY K KAUFMANN
The Desert Sun

A network of education and youth groups in the area hope to promote reading and literacy in general with a Literacy Festival to be held Nov. 21 at the Coachella Public Library.

The theme of the event — "Planting Words, Harvesting Futures" — is aimed at making connections between reading and wider opportunities for Valley youths and their families, organizers said.

"We get kids in here (who) don't want to read," said Sue Duran, library technician at the Coachella library. "You open a book and there's an adventure in there. I want them to have that inspiration to read. ... Books are the thing, they think, and there are other ways."

The event is a public launch for the Coachella Valley Literacy Network, a group started by the University of California Riverside's Palm Desert Graduate Center as a way to address the valley's low language scores and college attendance rates, said Tom Lawrence, outreach director for the school.

Less than a third of the Coachella Valley's 11th-graders rated as proficient in language skills on state tests.

The valley's language proficiency scores for 11th-graders come in at about 29 percent, compared to 40 percent statewide, according to figures compiled by the literacy network. Meanwhile, valley drop-out rates are 21.5 percent compared to 20.1 percent statewide.

"There are all these people doing different literacy efforts in the valley, but they weren't sharing information; they weren't sharing needs," Lawrence said. "It's a more coordinated effort."

The festival will include readings of poems and stories by participants in teen reading groups, music, workshops for parents on reading at home and free books for children and adults, said Arlene Cano, a coordinator of teen reading groups for the Riverside County Public Library System.

"Planting Words, Harvesting Futures, it plays along with the farm culture (in the east valley)," Cano said, referring to the festival's theme. "It starts with the festival and it's cultivated with hope of reading. Our goal is to give away books."

The network also wanted to showcase the valley's public libraries as places where children and adults can find books and other materials that reflect their personal interests.

"Reading something that interests you really accelerates your reading ability," said Chauncey Veatch, a member of the literacy network, who teaches in the Coachella Valley Unified School District.

"If (people) are exposed to what's available, how easy it can be to use our community libraries, then they are more likely to pursue it on their own."

K Kaufmann covers Palm Desert for The Desert Sun. She can be reached at [illegible]@thedesertsun.com or (760) 778-4622.

### If you go

What: Literacy Festival
When: 10 a.m. to 2 p.m. Nov. 21
Where: Coachella Public Library, 1538 Seventh St.
Cost: Free
Information: (760) 398-5148

### Valley literacy trails statewide figures

| COACHELLA VALLEY | CALIFORNIA |
| --- | --- |
| 2nd grade language proficiency: 27.6 percent | 2nd grade language proficiency: 53 percent |
| 11th grade language proficiency: 29.3 percent | 11th grade language proficiency: 40 percent |
| Drop-out rate: 21.5 percent | Drop-out rate: 20.1 percent |
| College attendance at state schools: 36.9 percent | College attendance at state schools: 45 percent |

SOURCE: 2009 STAR Test Report, California Department of Education, California Postsecondary Education Commission

### ✔ Your news, 24/7

Find more news from your corner of the Coachella Valley online at mydesert.com.

Who handles news tips? To bring a news story to an editor's attention, call (760) 778-4625 or send an e-mail to localnews@thedesertsun.com.

London and Broadway cast!
MARY POPPINS
A.C.T. Day Tours 760-322-1247

Ready For Assisted Living?
760 391-1871 / 760 678-5316

"UNBELIEVABLE"
3 COURSE DINNER
CHOICE OF 4 ENTREES
$19.95
EVERY EVENING
6-11 P.M.
Melvyn's
200 W. Ramon Road
Palm Springs
760-325-2323

MAXIMUM CRUISE SAVINGS
(760) 773-9910
Palm Desert
CRUISEONE

Lyons English Grille
The Best Thanksgiving Feast Starts With Us
Fresh Turkey Dinner
WITH ALL THE TRIMMINGS
$19.95
SERVED FROM 2PM
Lyons English Grille
233 East Palm Canyon Drive
Early Reservations Suggested
760-327-1551

NO GAMES...NO GIMMICKS
WE BUY THE MOST SO WE CAN PAY THE MOST
OUT OF THE BOX GOLD STORE
ENTERPRISES.COM
has purchased over
$3.3 MILLION in
GOLD, SILVER, PLATINUM JEWELRY
RARE COINS, COIN COLLECTIONS, GOLD WATCHES & DIAMONDS
EXCLUSIVELY FROM THE COACHELLA VALLEY
NOW we extend a personal invitation to you!
WHY SELL TO THE "MIDDLEMAN" AT A HOTEL WHEN YOU CAN RECEIVE EXACTLY WHAT THEY DO FOR YOUR ITEMS?
90% OF SPOT PAID FOR
AMERICAN EAGLES (BULLION) KRUGERRANDS MAPLE LEAFS
Out Of The Box Gold Store is the Valley's Premiere Precious Metals Dealer. They will pay you top dollar for your Gold, Silver and Platinum Jewelry in any condition.
Do you have Sterling Silver Flatware and Tea Sets? Maybe old or Rare Coins & Coin Collections, Gold & Silver Coins? Take them to The Out Of The Box Gold Store and get the most for your treasures today!
The price of gold is at historic highs! Now is the time to sell!
OUT OF THE BOX GOLD BUYERS, A TRUSTED, LOCALLY OWNED FAMILY BUSINESS WOULD LIKE TO INVITE YOU TO WATCH US APPRAISE YOUR VALUABLES IN YOUR PRESENCE. THE TIME TO SELL YOUR GOLD, SILVER & PLATINUM IS NOW AND WE PROMISE A GENEROUS CASH OFFER.
"THEY BUY THE MOST SO THEY PAY THE MOST!"
-PATTIE DALY CARUSO host VALLEY VIEWS
73-185 HIGHWAY 111
PALM DESERT
(NEXT TO TONY ROMAS)
866-2-GOLDSTORE
866-246-5378
OPEN 10A-6P 7 DAYS A WEEK

Exhibit 1 page 2

coachella

# Parolee suspected of shooting teen to death

BY COLIN ATAGI AND BRIAN INDRELUNAS
The Desert Sun

A parolee who was convicted of a 2001 assault with a deadly weapon charge was identified Friday as the suspect in the fatal shooting of a teenager in Coachella.

Tapiaza

Angel Tapiaza, 26, is accused of killing Angel Luna, 16, after the two argued in the 1400 block of Ninth Street in Coachella on Thursday, investigators said.

The Coachella man was on parole after serving a prison sentence for shooting someone on June 26, 2001, according to the Riverside County District Attorney's Office.

Tapiaza was a juvenile when the 2001 shooting happened, and conviction records weren't immediately available Friday night, said Michael Jeandron, spokesman for the district attorney's office.

On Thursday, Luna was just leaving the Coachella Valley Unified School District's adult school at 1099 Orchard St., when he and Tapiaza got into an argument, Riverside County sheriff's Sgt. Dean Spyrade said.

"I don't believe it was about a girl. In fact, we don't have specific details about the argument, other than it was an argument," he said. "We believe they may have been acquaintances or certainly knew of each other."

Sheriff's deputies were called to the scene and found the victim, who was shot five times, lying next to his bicycle.

Three nearby schools — Bobby Duke Middle School, 85-358 Bagdad Ave.; Palm View Elementary School, 1390 Seventh St.; and the adult school — were locked down for more than six hours while deputies investigated the shooting.

Deputies searched several homes in the area, including a house at Ninth and Orchard.

It was searched because the suspect ran through its yard after the shooting took place, Spyrade said.

Tapiaza remains at large and should be considered armed and dangerous, investigators said.

Officials asked anyone with information about Tapiaza's whereabouts to call Coachella police at (760) [illegible] or the sheriff's homicide unit at (760) [illegible].

## Croquet, anyone?

Great Britain and the United States will compete for the 2009 Solomon Trophy during a croquet competition at Mission Hills Country Club in Rancho Mirage over the weekend. This is the 18th year of this competition, with the Americans having lost 17 times.

## CALENDAR

### saturday

**Christmas Yve Holiday Music** with Yve Evans, 7 p.m. Sat.; 2 p.m. Sun., Joslyn Center Theatre, 73-750 Catalina Way, Palm Desert. $30. (760) 340-3220 Ext. 102

**Annual book fair & chili tasting fundraiser,** 10 a.m.-4 p.m., Palm Springs Air Museum, 745 N Gene Autry Trail, Palm Springs. $5-$25. (760) 778-6262

**International Tamale Festival,** 10 a.m.-6 p.m., Tamale Festival location between Highway 111 and Indio Boulevard on Miles, Towne, Smurr & Requa streets, Indio. (760) 391-4175

**Distinguished speaker series** with Eric Corey Freed, on greening our buildings, 7 p.m., Indian Wells Theater, 37-500 Cook St., Palm Desert. $5. (760) 341-2883 Ext. 78154

**Surviving the Holidays seminar,** for anyone struggling with grief or wishes to know how to help someone through the holiday season. RSVP. 2-4 p.m., Grace Church, 17400 Bubbling Wells Road, Desert Hot Springs. (760) 251-3416

**The Palm Springs Writers Guild** meeting with guest speaker Kelly Mortimer, with the topic being "Perils of Publishing: Why do I Need an Agent?" 2 p.m., Rancho Mirage Public Library, 71100 Highway 111, Rancho Mirage. (760) 992-6866

**2009 annual vocal competition,** presented by Palm Springs Opera Guild of the Desert, 3 p.m., Annenberg Theater, 101 Museum Drive, Palm Springs. $40. (760) 325-0207

**Palm Springs Cruisin' Association Cruise Night,** 4-8 p.m., Spa Resort Casino parking lot, Indian and Amado Roads, Palm Springs. (760) 360-9796

**Star party,** with large telescopes provided. 5-8 p.m., Santa Rosa and San Jacinto National Monument Visitor Center, 51500 Highway 74, Palm Desert. (760) 568-9718

**Festival of Lights parade,** featuring lighted floats, equestrians, bands, autos and celebrities. 5:45 p.m., Palm Springs Parade Route, on Palm Canyon Drive Between E. Alejo Road & E. Ramon Road, Palm Springs. (760) 325-5749

**Ken O'Malley performing** "Songs by a Winter's Hearth: Memories of my Irish Christmas." A dinner show. 7 p.m., Joshua Tree Business Center, 6393 Sunset Road, Joshua Tree. $45. (760) 907-9346

**Jazz ensemble,** 8 p.m., College of the Desert, Pollock Theatre, 43500 Monterey Ave., Palm Desert. (760) 773-2565

### sunday

**Glory Shone Around holiday concert,** 3 p.m., Sun.; 7 p.m., Thu.-Fri., College of Extended Learning, CSUSB Palm Desert Campus, 37500 Cook St., Palm Desert. $22-$25. (760) 346-4933

**Annual art sale,** 1 p.m., Palm Springs Air Museum, 745 N Gene Autry Trail, Palm Springs. $5-$25. (760) 778-6262 or www.PalmSpringsAirMuseum.org

**Executive Women's Golf Association holiday party,** 5:30 p.m., Bullfrog's, FSC's Rancho Las Palmas Resort and Spa, 41000 Bob Hope Drive, Rancho Mirage. $30. (760) 485-9994

### monday

**Widow or Widowers Social** guest speaker series, topic, "Dec. 7, 1941 and related subjects." 10 a.m., Mizell Senior Center, 480 S. Sunrise Way, Palm Springs. (760) 323-0026

NO GAMES...NO GIMMICKS
WE BUY THE MOST SO WE CAN PAY THE MOST
OUT OF THE BOX ENTERPRISES.COM GOLD STORE
has purchased over
$4.3 MILLION in
GOLD, SILVER, PLATINUM JEWELRY
RARE COINS, COIN COLLECTIONS, GOLD WATCHES & DIAMONDS
EXCLUSIVELY FROM THE COACHELLA VALLEY
NOW we extend a personal invitation to you!
WHY SELL TO THE "MIDDLEMAN" AT A HOTEL WHEN YOU CAN RECEIVE EXACTLY WHAT THEY DO FOR YOUR ITEMS?
90% OF SPOT PAID FOR
AMERICAN EAGLES (BULLION) KRUGERRANDS MAPLE LEAFS

Out Of The Box Gold Store is the Valley's Premier Precious Metals Dealer. They will pay you top dollar for your Gold, Silver and Platinum Jewelry in any condition.

Do you have Sterling Silver Flatware and Tea Sets? Maybe old or Rare Coins or Coin Collections, Gold & Silver Coins? Take them to The Out Of The Box Gold Store and get the most for your treasures today.

The price of gold is at historic highs! Now is the time to sell!

OUT OF THE BOX GOLD BUYERS, A TRUSTED LOCALLY OWNED FAMILY BUSINESS WOULD LIKE TO INVITE YOU TO WATCH US APPRAISE YOUR VALUABLES IN YOUR PRESENCE. IF THE TIME TO SELL YOUR GOLD, SILVER & PLATINUM IS NOW AND WE PROMISE A GENEROUS CASH OFFER.

"THEY BUY THE MOST SO THEY PAY THE MOST!"
host VALLEY VIEWS

73-185 HIGHWAY 111
PALM DESERT
(NEXT TO TONY ROMAS)
866-2-GOLDSTORE
866-246-5378
OPEN 10A-6P - 7 DAYS A WEEK

Exhibit 1 page 3

## COMMUNITY CALENDAR

**today**

**Christmas Eve service,** with a program for all ages. Open to the community. 4 p.m., 5:30 p.m. and 7 p.m. Southwest Community Church, 77701 Fred Waring Drive, Indian Wells. (760) 200-2000

**Thursday morning hikes,** bring water and sturdy footwear. 9 a.m. Santa Rosa and San Jacinto National Monument Visitor Center, 51500 Highway 74, Palm Desert. (760) 862-9984

**TOPS weight loss support group meeting,** 9 a.m. start. Mizell Senior Center, 480 S. Sunrise Way, Palm Springs. (760) 323-5689

**Overeaters anonymous meeting,** 6 to 7 p.m. Faith Lutheran Church, 6336 Hallee Road, Joshua Tree. (760) 773-9173

**Christmas Eve candle lighting service,** presented by Interfaith Ministries, Dr. Sharon Stroud, with Christmas music by Fleet Caston. 6:45 p.m. Spa Resort Hotel, 100 N. Indian Canyon Drive, Palm Springs. (760) 378-3196

**Candlelight communion service,** 7 p.m. Victory Christian Center, 34500 Bob Hope Drive, Rancho Mirage. (760) 328-3313

**Jazz with Marv Getz,** featuring jazz, blues and dancing. 7:30 to 11 p.m. Club Trinidad, 1900 E. Palm Canyon Dr., Palm Springs. (760) 327-1161 Ext. 230.

**christmas day**

**Christmas at the Palm Springs Convention Center,** with dinner, toys, puppet show, face painting, mariachis and a DJ. Sponsored by The Well in the Desert and the Auen Foundation. 11 a.m. to 2 p.m. Palm Springs Convention Center, 277 N. Avenida Caballeros, Palm Springs. 778-8979

**28th annual food, friends and fellowship Christmas dinner,** open to the public. Noon to 3 p.m. Victory Christian Center, 34500 Bob Hope Drive, Rancho Mirage. (760) 328-3313

**saturday**

**Palm Springs Certified Farmers Market,** 8 a.m. to 12:30 p.m. Sat. Camelot Theatres, 2300 E. Baristo Road, Palm Springs. (760) 325-6565

**COD Street Fair,** featuring merchants, food vendors, arts and crafts. 7 a.m. Sat-Sun. 7 a.m. College of the Desert, 43500 Monterey Ave., Palm Desert. (760) 568-9921

**Saturdays at Canyon Plaza South Outdoor Market,** 11 a.m. Canyon Plaza South, 67555 Highway 111 (East Palm Canyon Drive), Cathedral City. (760) 333-9303

**Saturday morning hikes,** bring water and sturdy footwear. 9 a.m. to 11 a.m. Santa Rosa and San Jacinto National Monument Visitor Center, 51500 Highway 74, Palm Desert. (760) 862-9984

**American Sewing Guild Neighborhood Group Meeting,** featuring a different project each month. 9:30 a.m. to noon. Ralph's Sew and Vac, 72941 Highway 111, Palm Desert. (760) 200-5213

**Depression and bipolar support group,** 10 a.m. Windsor Court Assisted Living, 201 S. Sunrise Way, Palm Springs. (760) 323-2269

**Overeaters Anonymous big book study,** 10:30 to 11:30 a.m. U.S. Bank, 74500 Highway 111, Palm Desert. 777-8001 or www.desertoa.org

**Merrytones performing,** fourth Sat. of the month. 1 p.m. Desert Hot Springs Senior Center, 11777 West Street, Desert Hot Springs. (760) 329-6411 Ext. 210

**Artist reception for B.C. Nowlin,** 4 to 7 p.m. Adagio Galleries, 193 S. Palm Canyon Drive, Palm Springs. (760) 346-1221

**Artist reception for Bert Steele,** 5 to 8 p.m. Coda Gallery, 73151 El Paseo, Palm Desert. (760) 346-4661

**sunday**

**La Quinta Certified Farmers Market,** 8 a.m. to 12:30 p.m. Sun. Old Town La Quinta, 78100 Main Street (West of City Hall off Calle Tampico), La Quinta.

**ACBL bridge,** 1 p.m. Golden Rainbow Senior Center, 700 E. Tahquitz Canyon Way, Suite F, Palm Springs. $5. (760) 641-6398

**Buddhist meditation,** featuring Tibetan Bodhisattva of Compassion and 3 Lights Meditation with instruction and Tea. 7 p.m. Healing Emporium, 12078 Palm Drive, Desert Hot Springs. (760) 673-7580 or www.orchidmeditation.com

**dec. 28**

**Bingo,** 12:45 p.m. Mon. Mizell Senior Center, 480 S. Sunrise Way, Palm Springs. $5-$8. (760) 323-5689

**Open party bridge,** 9 a.m. Golden Rainbow Senior Center, 700 E. Tahquitz Canyon Way, Suite F, Palm Springs. (760) 416-7790

**Widow or Widowers Social** guest speaker series, topic: "the importance of wearing the correct shoes." 10 a.m. Mizell Senior Center, 480 S. Sunrise Way, Palm Springs. (760) 323-0026

**Bingo,** 1 p.m. The Community Center at Tierra Del Sol, 37171 W. Buddy Rogers Ave., Cathedral City. (760) 321-1548

**Mah Jongg,** 1 p.m. Joslyn Senior Center, 73750 Catalina Way, Palm Desert. $8-$10. (760) 285-3222

**Pinochle,** 1 p.m. Golden Rainbow Senior Center, 700 E. Tahquitz Canyon Way, Suite F, Palm Springs. (760) 323-7930

**ESL classes** for beginners and advanced beginners. 4:30 to 8 p.m. Indio Public Library, 200 Civic Center Mall, Indio. (760) 564-2080

**Debtors Anonymous meeting,** Mondays except on bank holidays. 5:30 p.m. U.S. Bank, 72-260 Highway 111, Palm Desert. (760) 341-6585

**Overeaters Anonymous meeting,** 5:30 p.m. Faith Lutheran Church, 6336 Hallee Road, Joshua Tree. (760) 773-9173

**Square dancing,** 5:30 p.m. The Community Center at Tierra Del Sol, 37171 W. Buddy Rogers Ave., Cathedral City. (760) 321-1548

**"Separation of Church and State in the Obama era"** lecture, with Scotty McLennan, dean of religious life at Stanford. 6 p.m. Unitarian Universalist Church of the Desert, 72425 Via Vail, Rancho Mirage. (760) 202-1304

**Gay men's discussion group,** 6:45 p.m. Golden Rainbow Senior Center, 700 E. Tahquitz Canyon Way, Suite F, Palm Springs. (760) 416-7790

**dec. 29**

**Knit/Crochet,** 9 a.m. The Community Center at Tierra Del Sol, 37171 W. Buddy Rogers Ave., Cathedral City. (760) 321-1548

**Overeaters Anonymous meeting,** 11 a.m. Church of Religious Science, 7434 Bannock Trail, Yucca Valley. (760) 773-9173

**Every Tuesday with Morrie's** discussion group on current events facilitated by Morrie Beckloss. Fee includes lunch. Reservations required. 11:30 a.m. Desert Willow Country Club, Desert Willow Drive, Palm Desert. (760) 346-0015. $20

## STORE HOURS

Here are the store hours for today at major Coachella Valley department stores:

- Best Buy: 7 a.m.-5 p.m.
- J.C. Penney's: 7 a.m.-7 p.m.
- Home Depot: 6 a.m.-5 p.m.
- Kmart: 6 a.m.-10 p.m.
- Lowes: 6 a.m.-6 p.m.
- Macy's: 9 a.m.-9 p.m.
- Sears: 8 a.m.-10 p.m.
- Stein Mart: 8 a.m.-6 p.m.
- Target: 8 a.m.-7 p.m.
- Toys R Us: 6 a.m.-8 p.m.
- Wal-Mart Superstore: 24 hours daily

## CHRISTMAS DAY CLOSURES

- Banks: Closed
- Bus service: Closed
- Children's Discovery Museum of the Desert: Closed
- City halls: Closed
- County, state, federal offices: Closed
- County schools: Closed
- Courts: Closed
- Grocery stores: Closed
- Indian Canyons: Open
- Joshua Tree National Park: Open
- Libraries: Closed
- Living Desert: Closed
- Movie theaters: Open
- Newspaper: Main office closed; circulation customer service (800) 834-6052, 10 a.m.-5 p.m.
- Palm Springs Aerial Tramway: Open, first tram up 8 a.m., last tram up 8 p.m., last tram down 9:45 p.m.
- Palm Springs Air Museum: Closed
- Palm Springs Art Museum: Closed
- Postal Service: Closed
- Trash, recycling: Closed

Pomme Frite
Open During the Holidays
760-778-3727
pomme-frite.com

Need Memory Care or Assisted Living?
760 391-2871 / 760 578-5136

MAXIMUM CRUISE SAVINGS
Call Your Local Independent Cruise Specialist For Current Specials and Free Cruiseshop Magazine
We'll plan the perfect cruise for your personality and budget
Sue & Des McCarthy
(760) 773-9910
Palm Desert
CRUISEONE

NO GAMES...NO GIMMICKS
WE BUY THE MOST SO WE CAN PAY THE MOST
OUT OF THE BOX ENTERPRISES.COM GOLD STORE
has purchased over
$5.1 MILLION in
GOLD, SILVER, PLATINUM JEWELRY
RARE COINS, COIN COLLECTIONS, GOLD WATCHES & DIAMONDS
EXCLUSIVELY FROM THE COACHELLA VALLEY
NOW we extend a personal invitation to you!
WHY SELL TO THE "MIDDLEMAN" AT A HOTEL WHEN YOU CAN RECEIVE EXACTLY WHAT THEY DO FOR YOUR ITEMS?
90% OF SPOT PAID FOR
AMERICAN EAGLES (BULLION) KRUGERRANDS MAPLE LEAFS

Out Of The Box Gold Store is the Valley's Premiere Precious Metals Dealer. They will pay you top dollar for your Gold, Silver and Platinum Jewelry in any condition.

Do you have Sterling Silver Flatware and Tea Sets? Maybe Old or Rare Coins & Coin Collections, Gold & Silver Coins? Take them to The Out Of The Box Gold Store today and get the most for your treasures today!

The price of gold is at historic highs! Now is the time to sell!

OUT OF THE BOX GOLD BUYERS, A TRUSTED, LOCALLY OWNED FAMILY BUSINESS WOULD LIKE TO INVITE YOU TO WATCH US APPRAISE YOUR VALUABLES IN YOUR PRESENCE. THE TIME TO SELL YOUR GOLD, SILVER & PLATINUM IS NOW AND WE PROMISE A GENEROUS CASH OFFER.

"THEY BUY THE MOST SO THEY PAY THE MOST!"
best VALLEY VIEWS

73-185 HIGHWAY 111
PALM DESERT
(NEXT TO TONY ROMAS)
866-2-GOLDSTORE
866-246-5378
OPEN 10A-6P - 7 DAYS A WEEK

Across the valley

THE DESERT SUN | MONDAY, MARCH 8, 2010 | B7

palm springs

# Police to host Cowboy Ball

By TERRIA SMITH
The Desert Sun

Palm Springs Police Department's Mounted Enforcement unit and the Search & Rescue unit have spent a number of years assisting the community in times of need.

But this week, as they have in past years, the public safety groups are reaching out to the community for a little help for themselves.

**If you go**

What: Cowboy Ball and Dance Hall

Where: Margarita's Restaurant, 1000 E. Tahquitz Canyon Way

When: 7 p.m. Friday

Cost: $30

Information: (760) 323-8xxx

See more photos online at mydesert.com/photos.

## Hike 4 Hope

Hikers take part in the 12th annual Hike 4 Hope, a hiking event to support women's cancer research at City of Hope, at the Indian Canyons on Sunday in Palm Springs.

The 12th annual Hike 4 Hope on Sunday at the Indian Canyons in Palm Springs raised awareness to support women's cancer research at City of Hope.

## Triathlon

LEFT: Athletes take part in the Desert International and Sprint Triathlon at Lake Cahuilla on Sunday in La Quinta.

BOTTOM LEFT: Pasadena resident Audrey Duffy crosses the finish line of the sprint course during the Desert International and Sprint Triathlon.

BELOW: Irvine resident Cindy Schroeder cheers as she gets close to the finish line of the sprint course.

PHOTOS BY [illegible] /THE DESERT SUN

## Senior dating full of obstacles, but can end happily

allene arthur

"I've got carte blanche in the candy store," he said. "Need I mention that I'm enjoying it?"

### Beyond tacky

Roberta Wolff, a Palm Desert designer, met a tall, elegant, refined English gentleman at a party of members of the desert chapter of "Who's Who International," an organization of elite mature singles.

He took Roberta to dine at her favorite Fiedd? on El Paseo. All was promising. "He was interesting, entertaining and pursued me vigorously all evening," Roberta said.

He sallied out of the restaurant to retrieve his car and pick her up at the entrance. As she waited on the sidewalk, their waiter rushed out and presented Roberta with their unpaid bill.

When her date arrived, he reluctantly paid the waiter with cash. Roberta was delivered home in stone-cold silence. She never heard from her English aristocrat again.

P.S. This man was not typical of the Who's Who bunch, which attracts classier guys and ladies. Margaret Richards is the ringmaster of the gathering. Anyone who wants to check out this social group may call her at (760) 770-4944.

### Calling all seniors

Pat Munn of Thousand Palms is starting a valleywide discussion group of men and women past 55. She says they will hash over subjects such as age, money, health, sex, recreation, legal issues, whatever. Interested? Phone her at (760) 469-3013.

### Happy ending

Divorced Jeri of Palm Desert had dabbled with dating, but none led to violins and fireworks. For example, she e-mailed, "There was the fellow who was not bad, not handsome but not homely, a good conversationalist who didn't talk about his divorced wife too terribly much." But he had the longest untrimmed nose hairs she had ever seen, and that dampened any possible spark.

Then on New Year's Day of 2009, Jeri, who often felt like a fifth wheel in a couples' society, decided to check out eHarmony.com to see what the online relationship service had to offer. Across town, widower Howard, a former journalist, was doing exactly the same thing.

Each filled out the required questionnaire. In a couple of days, each was sent a list of "matches." Both waded through those that sounded interesting.

You know what's coming. Jeri narrowed her list down to Howard, and Howard dominated his down to Jeri.

They first met by phone. "When I heard his deep masculine voice I was pretty encouraged," said Jeri. "We made a date for lunch at Desert Willow, a nice open, safe place to meet a stranger."

Howard called the next day and said, "At our age, we don't have a lot of time to waste. Let's meet for a glass of wine this evening, same place."

Ensuing dates led to the revelation of their compatibility. Amazed that they agreed on religion, politics, family, life style.

Jeri and Howard are now living together. They do not intend to marry, but are content to enjoy the gift they have been given. They play tennis together. "We're active and happy," said Jeri.

Did we mention that Jeri is 75 and Howard is 87?

Allene Arthur's column appears Mondays. Reach her at (760) 323-4xxx [illegible]

## WEEKEND IN PHOTOS

[illegible] /THE DESERT SUN

Fernando Angulo (left) of Caracas, Venezuela, goes after Leroy Zappavigna of Liverpool, Australia, on Saturday at Agua Caliente Casino Resort Spa. Zappavigna won the decision for the vacant IBO lightweight Championship.

RIGHT: YMCA of the Desert's After School Education and Safety Program put on a production of "The Story of Dorothy and Friends" on Friday at Landau Elementary School in Cathedral City.

[illegible] /THE DESERT SUN

[illegible] /THE DESERT SUN

Marlins pitcher Megan Dominguez throws against the Steelers during the opening day for Palm Desert Youth Association baseball Saturday at Palm Desert Civic Center Park.

RIGHT: Players cheer their teammates on Saturday during the Palm Desert Youth Association baseball's opening day at Palm Desert Civic Center Park. The opening day ceremonies featured a flyover by War Birds, a performance by the U.S. Marine Corps Band, karate demonstrations and a Wildlife Wonders show by The Living Desert.

[illegible] /THE DESERT SUN

YOUR SPEED
SPEED LIMIT 5

[illegible] /THE DESERT SUN

[illegible] /THE DESERT SUN

Participants begin their walk through Civic Center Park in Palm Desert on Saturday during the Memory Walk. The annual walk is a nationwide event and benefits the Alzheimer's Association.

LEFT: Children ride through the La Quinta Police Department's second annual Bicycle Rodeo and Traffic Safety Fair at La Quinta Park. Traffic Sgt. Dave Wilson said "bicycle accidents in 2008 increased over 300 percent from 2006."

Out Of The Box Gold Store is the Valley's Premiere Precious Metal Dealer
They will pay you top dollar for your Gold, Silver and Platinum Jewelry in any condition
Do you have Sterling Silver Flatware And Tea Sets, Maybe Old or Rare Coins & Coin Collections, Gold & Silver Coins?
Take them to The Out Of The Box Gold Store and get the most for your treasures today!
The price of gold is at historic highs!
Now is the time to sell!
Pattie Daly Caruso
Host VALLEY VIEWS
OUT OF THE BOX
ENTERPRISES.COM
GOLD STORE
has purchased over
$6.3 MILLION in
GOLD, SILVER, PLATINUM JEWELRY
RARE COINS, COIN COLLECTIONS, GOLD WATCHES & DIAMONDS
AMERICAN EAGLES (BULLION) KRUGERRANDS MAPLE LEAFS
EXCLUSIVELY FROM THE COACHELLA VALLEY
NOW we extend a personal invitation to you!
HIGHWAY 111 AT MONTEREY NEXT TO TONY ROMAS (866)-2-GOLDSTORE
73-185 HIGHWAY 111 - PALM DESERT - (866) 246-5378 LIC#3300090

Exhibit 1 page 5

palm desert

# PARTY FOR THE PLANET

## Zoo celebrates Earth Day's 40th with cake, 'green' tips, free plants.

BY COLIN ATAGI
The Desert Sun

People who went to The Living Desert on Saturday to look at animals got a lesson on preserving the planet they all call home.

The Palm Desert zoo held a "Party for the Planet" celebration for the 40th anniversary of Earth Day.

Cake was served, admission was cut in half and "conservation" and "preservation" became the words of the day.

"If you care about the animals then it makes sense to want to make sure their environments are in order," La Quinta resident Helen Wold, 67, said as she left the zoo with her family Saturday.

"Kids shouldn't assume animals are always happy and healthy," she added.

By 3 p.m., 3,175 guests came to The Living Desert, doubling its regular Saturday attendance, said Kimberly Bowers, director of Community Relations.

Forty vendors — up from 26 last year — offered visitors advice on living a green lifestyle.

US Bank representatives were encouraging people to switch to online banking to reduce the amount of paper used for printing bank statements.

The California Turtle and Tortoise Club's Palm Desert chapter encouraged guests to adopt Desert Tortoises.

The Living Desert's Green Team explained it's important to discard caps from plastic bottles and remove excess peanut butter from jars.

"They're just little tricks people may not know," Green Team member Lori Regalski said.

The Living Desert has celebrated Earth Day for at least 20 years and will continue to do so in the future, Bowers said.

"We will see our Earth Day celebration get bigger. (The need for preservation) is not something that will go away," she said.

TODAY'S GOOD NEWS — Find more good news in the desert online at mydesert.com/goodnews

Cassandra Dougherty of Cathedral City carries in her bag pepperoncini plants, grown by Plant Propagator Bob Unstead, at The Living Desert's Earth Day Party for the Planet. By 3 p.m. 3,175 guests had visited the Palm Desert zoo.

WADE BYARS THE DESERT SUN

Susan Soff of Rancho Mirage examines the pepperoncini plants grown by The Living Desert's plant propagator, Bob Unstead, on Saturday at the zoo's Earth Day Party. The plants were given away to encourage people to grown them at home.

GOLD PRICE HITS 2010 RECORD HIGHS
OUT OF THE BOX
ENTERPRISES.COM
GOLD STORE
Top 10 reasons to sell your Gold, Silver & Platinum to Out of the Box Gold Store
1. Honest — We evaluate your precious metals in front of you
2. Professional Appraisers explain the process every step of the way
3. You've been saving all your life
4. Gold is at 2010 highs
5. You deserve a professional, trustworthy partner in your precious metals transaction
6. Cash in with the company you can trust
7. No Games
8. No Gimmicks
9. No misleading advertising
10. We will beat any legitimate offer
OUT OF THE BOX
GOLD STORE
has purchased over
$8.1 MILLION in
GOLD, SILVER, PLATINUM JEWELRY
EXCLUSIVELY FROM THE COACHELLA VALLEY
NOW WE EXTEND A PERSONAL INVITATION TO YOU!
73-185 HIGHWAY 111
PALM DESERT
(NEXT TO TONY ROMAS)
866-2-GOLDSTORE
866-246-5378
OPEN 10A-6P - 7 DAYS A WEEK
Pattie Daly Caruso

"Dinner with Mel & Friends"
is proud to present
DICK VAN PATTEN
Melvyn's
760-325-2323

Cypress Pointe Rancho Mirage
Fabulous Hillside View Estate on 1+ acre! 3BR main house & 2BR casita. 7900 sq. ft. Designer Furn. $3,995,000
Thunderbird Heights Rancho Mirage
Thunderbird Cove Rancho Mirage
Clancy South Rancho Mirage
Beautiful 3BR remodel. Tiled pool/spa & brick circular driveway. $1,395,000
Carrera Estates Rancho Mirage
Clancy Estates Rancho Mirage
Palm Desert C.C.
Eva Welsh
760-861-9717

# Liberace's exquisite estate was a sight to remember

Last week, The Desert Sun's Debra Gruszecki wrote a fine feature about Stefan Henning selling Walter Valentino Liberace's old Palm Springs home after 20 years of ownership.

How very well I remember that showplace and its famous showy owner when I was doing a Desert Sun feature on Liberace and his desert getaway.

On a rosy desert day, I arrived with a photographer for my home tour and interview with Liberace in his sanctum called "The Cloisters."

Liberace was never accused of understatement. A 10-foot-tall wrought-iron candelabra, a giant ornate version of his trademark, was planted at the privy entrance to the home of the era's most ornamental pianist.

It was two days before Christmas in 1985. Thirteen months later, Liberace would die in this home, but today he was immersed in the bustle of holiday fixings, an animated host showing his castle.

Liberace acquired the property, he said, 15 years earlier. Just an octave away from the heart of downtown Palm Springs, it was the showman's retreat from the flash of Vegas and the rigors of the road.

It was morning, but the entertainer was wearing a rhinestone-studded linen jacket. His confident grace seemed to suggest that every host should wear rhinestones before noon.

The man gave me his full courtesy, complete concentration and both dimples.

"I got this place for a song," he said with the glee of a kid who had just won all the marbles.

When escrow closed, imagination and checkbook joined forces. Liberace spent $600,000 on reconstruction, tearing out walls, combining rooms, adding extensions, beautifying. Now a showplace, the Spanish dwelling is still true to the architectural integrity of the area, and Liberace furnished it with world treasures, finery and four pianos.

**allene arthur**

Liberace was famous for many things: Ermine capes at Caesar's Palace, agile fingers making keyboards explode, a wink into the camera that melted every widow's heart in televisionland.

But he was equally famous for his acquisitions of objects — grand, rare, historical or merely exquisite. The public was as curious about his treasures as it was about his love life.

The master of the house, with the pride of a museum curator and the ardor of a boy with his baseball card collection, gave me the tour.

There were the heavy, hand-carved Spanish furnishings in one room, an airy kitchen with Mexican tile and vermilion pots and pans dotting walls, mighty wallpaper in one lavatory.

"When I'm here," he said, "I sleep late. I cook. I entertain close friends. There's no better vacation for me."

Then with an elfin grin, "Why shouldn't I have a few simple baubles to look at?"

A safari-themed room exhibited a tiger painting, a lion tapestry, a life-size horse sculpture. A plush carpeted hallway was lined with ancient knights' suits of armor, a quaint antique sphere. One of several armoires displayed the superstar's collection of miniature automobiles, another a dazzling display of Italian glassware.

Lee, as his friends called him, admitted ardently that he enjoyed showing off, and thereupon showed off the 14 place settings of gold and crystal, a gift from England's royal family, a duplication of a Queen Elizabeth service complete with royal crest into which Her Majesty had ordered an "L" for Liberace etched into the design.

"The duty on it alone was $7,000," he said, still awed by the largesse. "But the set is priceless. There are only two in the world." Fittingly, they belonged only to Her Nibs and to His Nibs.

Down the hall was the Valentino Room, outfitted with original furnishings from Rudolph Valentino's home, "Falcon's Lair," all purchased by Liberace at auction, including the silent star's baroque brass bed.

"My mother and ladies of her generation were crazy about Rudolph Valentino, and that explains why my middle name is Valentino," he said. His first name was a less romantic Walter, the Americanized version of his birth given name Wladziu, the contribution of his Polish mother. Liberace was the contribution of his Italian father.

Continuing through the Liberace palace, I took in such knickknacks as a crystal chandelier lighting the sunken black marble tub in a bathroom that looked as if handmaidens should be pouring milk and rose petals from turquoise jugs.

The master suite clearly was Liberace's grand masterpiece. He liked splendor, but he liked splendor with a story. Just one conversation piece was a period desk, a rococo number that had belonged to Czar Nicholas II of Russia.

"It really belongs in a museum," its owner said. He picked it up for $150,000 in 1961, he added, and within a few years its appraisal was well over $1 million.

I suggested that the desk must be a nifty place to keep paper clips and Scotch tape, and my host threw back his head and laughed.

Liberace had started a week earlier preparing for his traditional annual Palm Springs Christmas gathering. After all, there were pecans to sliver, fruits to marinate, spices to blend.

"Cooking completely relaxes me," he said. Yes, he did it wearing an apron, and no, it was not made of velvet and ostrich feathers.

But never one to present a modest package, the star had spent an entire evening stringing thousands of tiny lights in every tree, bush and bough surrounding the home. The result was a spectacle of lacy twinkle like a fairyland village in Disneyland.

The dining table was already set for his yuletide feast — silver gleaming, crystal shining, elaborately calligraphied place cards ready for the 16 guests of family and staff who would dine there.

Dinner would begin, he said, with New Zealand berries over Italian ices, followed by traditional turkey and trimmings.

"The dressing is special," Liberace said. "It's my mother's recipe. It won her a blue ribbon at the Wisconsin State Fair." He confided its ingredients as though revealing the formula for the serum that would save mankind, and it might: beef, veal, pork sausage, toasted bread, apples and nuts.

He offered a taste of a condiment, his original blend of spiced pears. And he seemed more prideful of his baking than of his career raves or accolades, especially of his sticky buns.

"I prepare them in advance," he said, "with pecans, white raisins and rum."

Out came the dimples and wicked mischief. "They love my buns," he said.

Liberace was known in the neighborhood for the costumes he wore and the treats he passed out to the stream of youngsters who came by on Halloween. You can bet his costumes and treats were the most original in the desert and perhaps in the United States. One woman on the block says she would call on Liberace every Halloween as a child, then later brought her own daughter for the Liberace production. No Las Vegas performance got more of his dazzle.

Liberace died in his Palm Springs domicile in February 1987, famously of AIDS. Many of his treasures were shipped to the Liberace Museum in Las Vegas.

I suspect the splendid gentleman is in heaven wearing monogrammed wings and celestial robe embroidered with bugle beads, looking down and wondering why we don't lighten up.

*Allene Arthur's column appears Mondays. Reach her at (760) 322-8889, fax (760) 322-5215, e-mail [illegible]*

GOLD PRICE HITS 2010 RECORD HIGHS
OUT OF.THE.BOX
ENTERPRISES.COM
GOLD STORE
Top 10 reasons to sell
your Gold, Silver & Platinum to Out of the Box Gold Store
1. Honest — we evaluate your precious metals in front of you
2. Professional appraisers explain the process every step of the way
3. You've been saving all your life
4. Gold is at 2010 highs
5. You deserve a professional, trustworthy partner in your precious metals transaction
6. Cash in with the company you can trust
7. No Games
8. No Gimmicks
9. No misleading advertising
10. We will beat any legitimate offer
OUT OF.THE.BOX
ENTERPRISES.COM
GOLD STORE
has purchased over
$8.1 MILLION
GOLD, SILVER, PLATINUM, JEWELRY
EXCLUSIVELY FROM THE COACHELLA VALLEY
NOW we extend a personal invitation to you!
73-185 HIGHWAY 111
PALM DESERT
(NEXT TO TONY ROMAS)
866-2-GOLDSTORE
866-246-5378
OPEN 10A-6P - 7 DAYS A WEEK
Pattie Daly Caruso

## Hiking safety

If you're going hiking in mountains or canyons, emergency officials offer these safety tips:

- Bring, drink plenty of water.
- Wear proper foot gear.
- Make, stick to an itinerary.
- Make sure someone knows when you are to return, and tell that person to call authorities if you're late.
- Avoid hiking alone.
- Have a signaling device, such as a flashlight or matches.
- Take a map, compass, jacket, hat, sunscreen, blanket, snacks and cell phone.

ELECTION 2010

# City of Coachella residents to vote on new 5 percent Utility Users Tax

BY XOCHITL PEÑA
The Desert Sun

The outcome of Tuesday's ballot measure could either help the city of Coachella maintain city services or encounter more cuts.

Measure I will appear on the ballot for voters in Coachella to decide.

If approved, the measure would impose a 5 percent Utility Users Tax on residents, which would appear on utility bills such as electricity, natural gas, water, sewer, telecommunications and garbage. Cable and Internet bills would not be taxed.

A majority of the vote is needed to pass.

If approved, it would generate about $1.4 million a year.

The first year though only about $1.1 million because it will take a few months for utilities to begin collecting.

The additional revenue would help the city balance its budget.

The city projects a general fund budget deficit for next fiscal year of up to $2 million.

"It's important for this measure to pass or else the city will have to lay off police and fire and others," said Carmen Manriquez, spokeswoman for Citizens for a Safer Coachella.

Cuts that include layoffs, early retirements and furloughs have already been implemented to balance this year's budget.

Manriquez's group has been promoting the measure in the hopes that it passes this time round.

Coachella voters rejected a proposed tax in November by 94 votes.

City officials say the media campaign led by Time Warner Cable against the measure hurt its chances.

Cable was included in the first measure, but is being excluded this time round.

Interim City Manager Gene Rogers said a stable source of revenue such as the UUT is vital for the city.

"There's really no end in sight as far as the revenue problems because our revenues are based on sales tax, property tax, and development fees, all of which are very volatile in the economy," he said.

Rogers said it's important for voters to know that the revenue generated will stay in the city and cannot be raided by the state.

If the measure passes, a permanent five-member oversight committee will be created to review the revenues and expenditures from the new tax.

An annual independent audit of the tax collection and its use will also be done.

The tax money would go into the city's general fund budget, which pays for city services such as police, fire, public works, streets, parks, youth and senior programs, building and safety, community development and code compliance issues.

"It's important to maintain the services," Manriquez said.

**✔ Election coverage**

Be sure to check out mydesert.com Tuesday for real-time updates and blogging on the races affecting the Coachella Valley

## ECONOMIC INDEX: Valley on cusp of recovery?

Continued from B1

New home development shows signs of life. And the [illegible] industry had a [illegible] month.

Riverside County unemployment fell nearly 1 percentage point in April to 14.3 percent.

"We see general improvement up the road," Adibi said.

Even as "Now Hiring" signs roll out — in some cases to replace jobs pared in 2009 — the gains remain sporadic. On Friday, the Dow lost 324 points on a disappointing jobs report for May.

Layoff notices, early retirement packages and terminations still pepper the landscape and keep nerves rattled as local governments, school districts and nonprofit agencies grapple with shrinking tax dollars and charitable contributions.

Job reductions from valley schools from layoffs, cut positions and early retirement alone affect 435 people.

The economy still is a far cry from the fourth quarter of 2004, when the valley hummed with a rating of 145.1.

But for now, the valley's business scene is working hard to reach 100.

Barring unforeseen events that continue to play out globally, Adibi predicts the index will crest and job losses stop in the second half of 2010.

"True job creation will come later," he said. "For the Inland Empire, that could come in the fourth quarter of 2010 or early 2011."

Who handles news tips? To bring a news story to an editor's attention, call (760) 778-4623 or send an e-mail to localnews@thedesertsun.com

## STATEHOUSE: GOP sets watch for party time

Continued from B1

• 3 state lawmakers representing the Coachella Valley in the budget votes.

Of course, after Tuesday's election to fill the 37th Senate vacancy, you change that last one to four.

### Recently signed

The governor on Wednesday signed into law Senate Bill 408, which prohibits convicted violent felons from buying or owning body armor such as bulletproof vests.

The legislation, which took effect immediately, was authored by Democratic Sen. Alex Padilla. The principal co-author was Assemblyman V. Manuel Pérez, a Coachella Democrat.

### On the radio

Speaking of Pérez, he handled the Spanish version of last week's Democratic weekly address, which focused on protecting higher education funding.

The English version was done by Democratic Assemblyman Marty Block of San Diego.

### Partying till dawn

Candidates across California are planning what they hope will be victory parties for Tuesday night.

But perhaps the smartest party planners are the organizers at the California Republican Party, who have celebrations Tuesday night and again Wednesday morning.

This struck us genius:

If the GOP wins big, officials can keep touting it. If they lose big, they've got a built-in recovery for the hangover.

### overheard

Assembly Concurrent Resolution 109 — which renames part of state Highway 74 in honor of the late Riverside County Supervisor Roy Wilson — was officially chaptered last week.

"Supervisor Roy Wilson was a personal friend and dedicated public servant," the resolution's author, Assemblyman Brian Nestande, said in a statement.

"His commitment in serving the residents of the Coachella Valley was widely recognized throughout the valley and will be forever remembered with this special highway designation."

Lisa Falco is a reporter for The Desert Sun who also writes the weekly Political Insider column. Send your items to [illegible]

### Crime tips

Crime Stoppers is a nonprofit organization that gives cash rewards to informants whose tips lead to the arrest of crime suspects. The program is run by volunteers. Informants remain anonymous. (760) 341-7867.

GOLD HITS $1200 PER OUNCE
DON'T MISS THE
GOLDEN OPPORTUNITY EVENT
OUT OF THE BOX ENTERPRISES.COM GOLD STORE
Out of The Box Gold Store is the Valley's Premiere Precious Metals Dealer. They will pay you top dollar for your gold, silver and platinum jewelry in any condition. Plus for every piece of unwanted jewelry you sell, Out of the Box Gold Store will donate 10% to the charity of your choice. Do you have sterling silver flatware and tea sets? Maybe old or rare coins & coin collections? Gold and silver coins? The price of gold is at historic highs! Now is the time to sell to someone you trust...Out of the Box Gold Store!

OUT OF THE BOX ENTERPRISES.COM
GOLD STORE
has purchased over
$8.3 MILLION in
GOLD, SILVER, PLATINUM JEWELRY
RARE COINS, COIN COLLECTIONS, GOLD WATCHES & DIAMONDS
EXCLUSIVELY FROM THE COACHELLA VALLEY
NOW we extend a personal invitation to you!
OPEN 10A-6P
7 DAYS A WEEK
866-2-GOLDSTORE 866-246-5378
73-185 HIGHWAY 111 - PALM DESERT (NEXT TO TONY ROMAS)

B6 | THE DESERT SUN | TUESDAY, JULY 6, 2010 Across the valley

Indio

# Cantor sees science, religion as complementary

BY [illegible]
The Desert Sun

Talking with Melanie Fine is a bit like watching a tennis match.

The Indio resident — who teaches science at Coachella Valley High School and is also a Jewish cantor — can transition seamlessly from science to faith and back again, and she hits some impressive cross-court shots.

"As a scientist you have to study the details of the world, how things work and I think as Jews that's what we do as well," she said. "We're studying the details of text and also details of the world. You're studying God's world."

Fine's particular combination of science and faith seems to be working for her and her students.

Fine has just ended her second year at Coachella Valley High where, despite her rookie status, she is already teaching advanced-level courses in chemistry and physics, said former principal Manuel Arredondo, who retired at the end of the school year.

"She is an outstanding teacher," Arredondo said. "I think that any time you can get a person who is well-rounded, you're going to get a fine teacher."

Fine also spent the past year participating in a teaching fellowship program sponsored by the National Science Teachers Association, getting special mentoring and an introduction to a range of teaching methods.

In the fall, she will be teaching Coachella Valley High's Advanced Placement chemistry class, with more than 20 students already signed up, she said.

In the meantime, she is in Florida, taking a three-week seminar on teaching physics.

"It's all about learning physics by doing physics, studying the motions of cars," Fine said in a phone interview. "(When you) teach formulas, you learn how to plug in numbers; here you do the lab first."

Cantor Melanie Fine of Har-El in Palm Desert with her son Max, 3. She is also a physics teacher at Coachella Valley High School.
[illegible] THE DESERT SUN

## Dissatisfaction

Fine's [illegible] in Los Angeles, where she grew up in a largely nonobservant Jewish family, to her dual roles in the Coachella Valley, has been predictably circuitous.

After getting her chemistry degree from Cornell University in 1987, she got a job as a science teacher in the Los Angeles Unified School District.

And she realized she was miserable.

"I didn't have administrative support, and I was teaching areas of science I had never studied myself," she said.

So after a stint in the music business, Fine went back to school — at the Jewish Theological Seminary in New York — to become a cantor, eventually landing at a synagogue in Northern California.

And again, she realized she was miserable.

"A lot of people are really active in synagogues for the wrong reasons; they take out their stuff there," said Fine. "You weren't necessarily dealing with God issues; you were dealing with unimportant things that got people all riled up."

Fine left the synagogue and moved to the Coachella Valley to be near her parents, who had retired here, and with her biological clock ticking, became a single mother.

Supporting her son, Max, meant finding a job — fast — and she decided to go back to teaching.

She started as a substitute at Indio High School and then, on a tip from a friend, applied to the Coachella Valley Unified School District, which at the time, she said, she didn't even know existed.

"It was the ends of the earth," she said of her first visit to Coachella Valley High for an interview with Arredondo. "I had no idea where I was, and it was a little scary."

## Learning to 'sing'

But she had an instant connection with Arredondo, whose own family roots include Marranos, Jews who were forced to convert to Catholicism during the Spanish Inquisition in the late 1400s but continued to practice their religion in secret.

"The word itself 'cantor' is someone who sings; we still use it in (Spanish)," he said. "To be a cantor, you have to highly educated, you have to be highly sensitive."

Her return to the pulpit at the Har-El centre in Palm Desert also came through a subbing job that turned permanent.

"In the Jewish religion, we take the view that God created the world, and we want to know more about it to help benefit humanity and help enhance life for people," said Rabbi Richard Zionts of Har-El. "By being involved in science, (Fine) is part of that effort, and she is doing something we see very favorably."

While she does not believe in theories of "intelligent design" — which hold that religious approaches to creation should be taught in science classes — Fine says her love of science continues to inform her religion and vice versa.

"Einstein, he was a believer in God, probably one of the most brilliant scientists of the 20th century, because the more you find out about things, the more amazing it is," she said.

"One of my favorite stories in the Torah is the burning bush," she said, referring to the biblical story in Exodus in which God speaks to Moses through a bush that is burning but not consumed by the fire.

"How long would Moses have to be looking at a bush to realize it's being unconsumed? God waited for Moses to notice it and then spoke to him. He waited for someone who was receptive. You can't have a conversation with God, you can't have that relationship until you take the time to look for it."

[illegible] covers Palm Desert for The Desert Sun. She can be reached at [illegible]

### What is a cantor?

In the Jewish religion, a cantor, or chazzan, is a person who leads the congregation in prayer, often chanting the Hebrew prayers in ritual melodies.

Rabbis, by comparison, are traditionally viewed as teachers, to whom the community looks for advice and emotional support, although they also lead services and chant prayers.

While Reform Judaism, the more liberal arm of the religion, began ordaining women rabbis and cantors in the 1970s, the Jewish Theological Seminary, the main school for Conservative rabbis and cantors, did not start ordaining women until the 1980s. It was 1990 until the Cantors Assembly of America, also a Conservative group, admitted women.

It's a matter of traditional Jewish law, said Melanie Fine of Indio, who was ordained by the Jewish Theological Seminary, and now serves as cantor at the Reform Har-El Congregation in Palm Desert.

"In order to pray for the community, you need to have the same obligations as the community, and since in traditional Judaism women don't have those obligations — they're home with the children — they can't pray for the community," she said.

"The way the Conservative women worked around it (was that) the women could choose to accept those obligations and then they could become cantors."

SOURCE: [illegible]

GOLD HITS $1200 PER OUNCE
DON'T MISS THE
GOLDEN OPPORTUNITY EVENT
OUT OF THE BOX ENTERPRISES.COM GOLD STORE
Out of The Box Gold Store is the Valley's Premiere Precious Metals Dealer. They will pay you top dollar for your gold, silver and platinum jewelry in any condition. Plus for every piece of unwanted jewelry you sell, Out of the Box Gold Store will donate 10% to the charity of your choice. Do you have sterling silver flatware and tea sets? Maybe old or rare coins & coin collections? Gold and silver coins? The price of gold is at historic highs! Now is the time to sell to someone you trust...Out of the Box Gold Store!
OUT OF THE BOX ENTERPRISES.COM
GOLD STORE
has purchased over
$8.3 MILLION in
GOLD, SILVER, PLATINUM JEWELRY
RARE COINS, COIN COLLECTIONS, GOLD WATCHES & DIAMONDS
EXCLUSIVELY FROM THE COACHELLA VALLEY
NOW we extend a personal invitation to you!
OPEN 10A-6P
866-2-GOLDSTORE
7 DAYS A WEEK
866-246-5378
73-185 HIGHWAY 111 - PALM DESERT (NEXT TO TONY ROMAS)

Exhibit 1 page 9

# BUDGET: Hundreds of jobs to be phased out

Continued from B1

The county is tapping $62 million in reserves and slashing expenditures by $71 million to close the structural budget deficit. As the county continues to reduce services, the gap will be less and less, officials said.

Under a two-year cost-cutting plan that began in 2008, the county has reduced spending by 15 percent, according to the Executive Office. The new fiscal year budget is roughly 11 percent less than the 2009-10 plan.

Through attrition, early retirements and terminations, about 1,000 county positions have been eliminated since June 2009, county officials said.

According to county Human Resources spokeswoman Stacy Beale, 72 people were laid off between June 2009 and June 2010, and 60 people have received pink slips in the last month.

Several hundred additional jobs are expected to be phased out in the coming year, according to the Executive Office.

"Looking ahead, department heads are expected to manage spending to prevent any additional demand on the general fund," Luna said. "Budget overruns consume precious reserves and put the programs and personnel of other departments at risk."

The county's reserve pool is $233 million, compared to $429 million three years ago — a 45.7 percent drop — according to county Budget Director Bob Rockwell.

Discretionary revenue is expected to drop this year to $592 million from $620 million in 2009-10.

The budget blueprint points out that California's financial quagmire could foil the county's financial goals. The state is facing a $19.1 billion budget gap, and there's no spending plan in sight, county officials noted.

Nearly a third of the county's appropriations are "pass through" funds from the state, according to budget documents. Rockwell said the biggest concern is the funding dedicated to social services.

He said the Executive Office is exploring various options to pay the county's bills in the event the state withholds money, including issuing bonds.

The county budget reflects mostly anticipated funds from multiple sources, including property taxes, the state and federal governments, service fees and permits and licenses.

"This is one of the easiest, most transparent budgets we've ever done," said Rockwell, who did not expect the board to raise any objections. "Thanks to the budget workshops and discussions, most issues have been addressed in far more detail than in previous years."

Denny's
Real breakfast 24/7.

$5.00 OFF
ANY CHECK OVER $16

20% OFF
YOUR ENTIRE CHECK

Buy One Entree, Get One Free
OF EQUAL OR LESSER VALUE
(with purchase of 2 beverages)

AT THESE PARTICIPATING LOCATIONS ONLY PALM SPRINGS (760) 325-3519 CATHEDRAL CITY (760) 328-8787 INDIO (760) 342-4114 PALM DESERT (760) 346-3319

GOLD HITS $1200 PER OUNCE

DON'T MISS THE OUT OF THE BOX ENTERPRISES.COM GOLDEN GOLD STORE OPPORTUNITY EVENT

Out of The Box Gold Store is the Valley's Premiere Precious Metals Dealer. They will pay you top dollar for your gold, silver and platinum jewelry in any condition. Plus for every piece of unwanted jewelry you sell, Out of the Box Gold Store will donate 10% to the charity of your choice. Do you have sterling silver flatware and tea sets? Maybe old or rare coins & coin collections? Gold and silver coins? The price of gold is at historic highs! Now is the time to sell to someone you trust...Out of the Box Gold Store!

Tillie Daly Caruso
Valley Views

OUT OF THE BOX ENTERPRISES.COM GOLD STORE

has purchased over $8.3 MILLION in GOLD, SILVER, PLATINUM JEWELRY

RARE COINS, COIN COLLECTIONS, GOLD WATCHES & DIAMONDS

EXCLUSIVELY FROM THE COACHELLA VALLEY

NOW we extend a personal invitation to you!

OPEN 10A-6P 7 DAYS A WEEK

866-2-GOLDSTORE 866-246-5378

73-185 HIGHWAY 111 PALM DESERT (NEXT TO TONY ROMAS)

## COMMUNITY CALENDAR

### today

Sunday bicycle ride for the fun of it, 7 a.m., Starbucks parking lot at the Ralphs shopping center, 425 South Sunrise Way, Palm Springs. (760) 774-3580

Bridge lessons, 9 a.m., Cathedral Center, 37-171 W. Buddy Rogers Ave., Cathedral City. (760) 321-1548

Second Sunday no-cost admission, with art demos and live performances, 10 a.m.-5 p.m., Palm Springs Art Museum, 101 Museum Drive, Palm Springs. (760) 322-4800

Duplicate bridge, 1 p.m., Cathedral Center, 37-171 W. Buddy Rogers Ave., Cathedral City. (760) 321-1548

### monday

Open gym basketball, 7:30-10 p.m. Mon-Thu, President Gerald R. Ford Boys & Girls Club of La Quinta, 49-995 Park Ave., La Quinta. (760) 564-5556

LifeStream blood donation drive, 8 a.m.-noon, Mizell Senior Center, 480 S. Sunrise Way, Palm Springs. (800) 879-4484

Lawn bowling, 8:30 a.m., Joslyn Center, 73-750 Catalina, Palm Desert. $3. (760) 340-3220

Open party bridge, 9 a.m., Golden Rainbow Center, 700 E. Tahquitz Canyon Way, Suite F, Palm Springs. $6. (760) 416-7790

Widow or widowers guest speaker series with Hugh Wright, presenting a lecture on animal shelters, 10 a.m., Mizell Senior Center, 480 S. Sunrise Way, Palm Springs. (760) 322-7471

Woodcarvers group, 10 a.m., Joslyn Center, 73-750 Catalina, Palm Desert. (760) 347-1751

Chair yoga, 11 a.m., Cathedral Center, 37-171 W. Buddy Rogers Ave., Cathedral City. (760) 321-1548

Bingo, with proceeds benefiting Mizell Center, noon, Mizell Senior Center, 480 S. Sunrise Way, Palm Springs. $5-$8. (760) 323-5689

Bingo, noon, Cathedral Center, 37-171 W. Buddy Rogers Ave., Cathedral City. $4. (760) 321-1548

Duplicate bridge, noon, La Quinta Senior Center, 78-450 Avenida La Fonda, La Quinta. $3. (760) 564-0096

Summer food program, featuring no-cost lunches to children 2-18 years of age, 12:30-1:30 p.m., Indio Teen Center, 81-678 Avenue 46, Indio. (760) 541-4400

ACBL bridge, 1 p.m., Joslyn Center, 73-750 Catalina, Palm Desert. (760) 832-2705

Duplicate bridge, 1 p.m., Cathedral Center, 37-171 W. Buddy Rogers Ave., Cathedral City. (760) 321-1548

Pinochle, 1 p.m., Golden Rainbow Center, 700 E. Tahquitz Canyon Way, Suite F, Palm Springs. $6. (760) 323-9930

Table tennis, 1-4 p.m., Joslyn Center, 73-750 Catalina, Palm Desert. $2. (760) 568-2262

Debtors Anonymous meeting, Mondays except on bank holidays, 5:30 p.m., U.S. Bank, 72-760 Highway 111, Palm Desert. (760) 341-6585

Overeaters Anonymous support group meeting, 5:30 p.m., Leahy Building, 44-359 Palm St., Indio. (760) 773-9173

Square dancing, 5:30 p.m., Cathedral Center, 37-171 W. Buddy Rogers Ave., Cathedral City. (760) 321-1548

Acting class, 6 p.m., Cathedral Center, 37-171 W. Buddy Rogers Ave., Cathedral City. (760) 321-1548

Bariatric surgery support group, 6:30 p.m., Renker Wellness Center, Eisenhower Medical Center, 39-000 Bob Hope Drive, Rancho Mirage. (760) 837-8490

Gay men's discussion group, 6:45 p.m., Golden Rainbow Center, 700 E. Tahquitz Canyon Way, Suite F, Palm Springs. (760) 416-7790

Adult Children of Alcoholics support group, 7 p.m., Golden Rainbow Center, 700 E. Tahquitz Canyon Way, Suite F, Palm Springs. (760) 992-7522

OSA support group, Grupo de Sicoterapia de la Tres del Dr. Ayala for women, men and adolescents with emotional, drug and alcohol problems, 7 p.m., Club House, 22-840 Sterling Ave., Palm Springs. (760) 534-0501

### tuesday

Chair yoga, Golden Rainbow Center, 700 E. Tahquitz Canyon Way, Suite F, Palm Springs. $15. (760) 416-7790

Walkabout campus, 6:30 a.m., La Quinta Senior Center, 78-450 Avenida La Fonda, La Quinta. (760) 564-0096

Yoga for health, 8:30 a.m., Joslyn Center, 73-750 Catalina, Palm Desert. $7. (760) 340-3220

Submit information at mydesert.com/cc.

Exhibit 1 page 10

coachella valley

# Proportion of Hispanic kindergartners on the rise

BY HAYA EL NASSER AND PAUL OVERBERG
USA TODAY

The kindergarten class of 2010-11 is less white, less black, more Asian and much more Hispanic than in 2000, reflecting the nation's rapid racial and ethnic transformation.

The profile of the 4 million children starting kindergarten reveals the startling changes the USA has undergone the past decade and offers a glimpse of its future. In this year's class, for example, about one out of four 5-year-olds will be Hispanic. Most of today's kindergartners will graduate from high school in 2023.

Of the Coachella Valley's three public school districts, Palm Springs Unified's kindergarten enrollment most closely mirrors the nationwide trend.

Student ethnicity is not educators' priority, however, said Christine Anderson, assistant superintendent of educational services.

"We take children as they come, and we educate them," she said.

"(Ethnicity) is not so educationally relevant," Anderson said, adding that an awareness of the community does help teachers connect to students. "What's educationally relevant is if we have a child who's not speaking English."

Those two factors aren't necessarily connected, she said.

The percentage of Hispanic kindergartners in Palm Springs Unified has grown by about 8 percentage points from 2000 to 2009.

The percentage of English learners in all elementary grades increased by about 3 percentage points in the same time period.

More Hispanic children are likely in the next generation because the number of Hispanic girls entering childbearing years is up more than 30 percent this decade, says Kenneth Johnson, demographer at the University of New Hampshire's Carsey Institute. "It's only the beginning."

A USA Today/Desert Sun analysis of the most recent government surveys shows:

■ About 25 percent of 5-year-olds are Hispanic, a big jump from 19 percent in 2000. Hispanics of that age outnumber blacks almost 2 to 1.

■ Palm Springs Unified saw a similar change, with the percentage of Hispanic kindergartners increasing from 68 percent in 2000 to 76.5 percent in 2009.

Desert Sands Unified and Coachella Valley Unified both saw a slight drop in the percentage of Hispanic kindergartners.

DSUSD went from 73.5 percent in 2000 to 71 percent in 2009. Coachella Valley Unified stayed about the same — 98 percent in 2000 to less than 97 percent in 2009.

■ The percentage of white 5-year-olds fell from 59 percent in 2000 to about 53 percent today, and the share of blacks from 15 percent to 13 percent.

■ The percentage of black students stayed about the same during the last decade in all three public school districts — about 0.3 percent in CVUSD, just over 3 percent in DSUSD and about 5 percent in PSUSD.

■ Palm Springs and Desert Sands unified both reported a decrease in the percentage of white students from 2000 to 2009.

PSUSD dropped from about 24 percent to about 14 percent, and DSUSD dropped from about 24 percent to about 20 percent.

The percent of white students in CVUSD remained at just more than 1 percent during that time frame.

"This is not just a big-city phenomenon," Johnson says. "The percentage of minority children is growing faster in the suburbs and in rural areas."

In Lake County, Ind., a Chicago suburb, the under-20 population went from 51.8 percent white in 2000 to 47.1 percent in 2008, Johnson's research shows. In rural Nebraska's Colfax and Dakota counties, the share of Hispanic youths is rising, while young whites are down from 60 percent to about 45 percent in the same period.

■ Schools face linguistic challenges. The share of 5-year-olds who speak English at home slipped from 81 percent in 2000 to about 78 percent. The share of Spanish speakers grew from 14 percent to 16 percent.

■ The percentage of English learners in PSUSD elementary schools has not changed much from the 1999-00 school year to 2008-09 — about 40 percent to about 43 percent.

The percentage of English learners in Desert Sands Unified elementary schools increased by about 2 percentage points in the same time period, growing from about 34.5 percent to 36 percent.

"That makes issues of language development and how to teach them even more important than 10 years ago," says W. Steven Barnett, co-director of the National Institute for Early Education Research at Rutgers University. "In some districts, 40 percent of their kids are Latino, and 4 percent of their teachers are. It's a huge gap."

Educators are grappling with the challenge, and "we really have a long way to go before we understand what the best methods are," says Lisa Guernsey, director of the Early Education Initiative at the nonprofit New America Foundation. "Today's kindergartners are tomorrow's high schoolers, and we need to know what their needs are."

■ Kindergarten enrollment is up, from 3.8 million in 2000 to about 4 million.

Desert Sun reporter Michelle Mitchell contributed to this report.

larson justice center

## Jury to be chosen in reported gang shooting

Desert Sun staff and wire reports

Jury selection is set to begin Tuesday at 10 a.m. in the trial of Daniel Karlson, a reputed gang member accused of shooting a rival in July 2008 in Thousand Palms.

Karlson, of Palm Desert, is accused of fatally shooting Johnny Godinez, 27, of Cathedral City in July 2008.

On July 15, 2009, Karlson was arrested in Texas on suspicion of felony weapons charges related to the murder.

He was later extradited to California.

According to the Riverside County Superior Court website, Karlson has had numerous run-ins with authorities.

He was acquitted of two counts of murder in 2002, and had burglary convictions in 1998 and 2002.

According to sheriff's officials, Godinez was found at 1:04 a.m. in the 73-000 block of Del Norte Way by deputies responding to a call of an assault with a deadly weapon.

Officers on the scene found Godinez outside a home, suffering from several gunshot wounds.

Paramedics rushed him to Desert Regional Medical Center, where he died at 3:15 a.m.

City News Service contributed to this report.

### Blood donations

■ Community Blood Bank's Central Facility, 39-000 Bob Hope Drive in Rancho Mirage. Hours: 8 a.m.-6 p.m. Mon.-Thu., 8 a.m.-4 p.m. Fri. and 7:30 a.m.-12:30 p.m. Sat. Info: (760) 773-4190

■ The Community Blood Bank facility at 46-100 Rubidoux St. in Indio is open 11 a.m.-3 p.m. Tue. and Thu. and 8 a.m.-2 p.m. Sat. Info: (760) 863-5377

■ Community Blood Bank's Bloodmobile regularly visits the following locations: Kmart Shopping Center, 14-011 Palm Drive, Desert Hot Springs, 2:30-6:30 p.m. the first Tue. of the month; Sun Lakes Shopping Center, 300 S. Highland Springs, Banning, 2-6 p.m. Mondays; and the Town Center Mall, 57-725 Twentynine Palms Highway, Yucca Valley, 1 to 6 p.m. Info: (866) 507-5433

■ LifeStream La Quinta Donor Center Facility: 79-215 Corporate Centre Drive in La Quinta. Hours: 11 a.m.-7 p.m. Tue. and Thu.; 9 a.m.-5 p.m. Wed., Fri., Sat.; closed Sun. and Mon. To donate blood, a person must be at least 17 years old (15- and 16-year-olds may donate with a signed LifeStream consent form), weigh at least 110 pounds, be in good health and be free of antibiotics for at least two weeks. Donors can find out about eligibility when they call, too. Info: (760) 777-8844.

## COMMUNITY CALENDAR

### today

**Children's Story Time at the Museum,** 10 a.m., La Quinta Museum, 77885 Avenida Montezuma, La Quinta (760) 777-7170

**Hispanic Heritage film screening, "American Me,"** 10 a.m.-1:30 p.m., Tolerance Education Center, 35-47 Lundy Lane, Rancho Mirage (760) 328-8252

### thursday

**Royal Palms dance,** 7 p.m., Royal Palms, 34851 Date Palm Drive, Cathedral City $5 (760) 325-4403

**A Visit With Great Presidents,** an interactive, educational program with actors portraying presidents George Washington, Thomas Jefferson and James Madison discussing the U.S. Constitution, 9:30-11 a.m., Forest Lawn, 69855 E. Ramon Road, Cathedral City (760) 328-3471 or www.forestlawn.com

**Lupus support group,** 11 a.m., Annenberg Center for Health Sciences at Eisenhower, 39000 Bob Hope Drive, Rancho Mirage (760) 568-1234 or (760) 674-2308

**Legal aid services,** 1-3 p.m., Cathedral Center, 37171 W. Buddy Rogers Ave., Cathedral City (760) 321-1548

**Ostomy support group,** 1:30 p.m., Eisenhower Lucy Curci Cancer Center, 39000 Bob Hope Drive, Rancho Mirage. (760) 773-2991

**Stroke support group,** 3:30 p.m., Annenberg Center for Health Sciences at Eisenhower, 39000 Bob Hope Drive, Rancho Mirage (760) 568-1234

**Contemporary art and couture hair models party,** featuring art by Cooper and Campbell, 6-9 p.m., DOS Salon, 73890 El Paseo, Suite 4, Palm Desert (760) 776-9997

**Global Lens Fall Films,** featuring the 2009 film from Vietnam "Adrift," 6 p.m., Palm Springs Art Museum, 101 Museum Drive, Palm Springs. Free. (760) 322-4800 or www.psmuseum.org

### friday

**Palm Springs Women's Press Club luncheon with guest speakers Dorothy Dale Kloss and Keri Prescott,** 11 a.m., Desert Falls Country Club, 1111 Desert Falls Parkway, Palm Desert. $25 (760) 862-5373

**Desert Neuropathy support group,** 1:30 p.m., Mizell Senior Center, 480 S. Sunrise Way, Palm Springs. Free. (760) 288-4467 or www.Desertneuropathy supportgroup.org

**Business expo, sponsored by Palm Desert Chamber of Commerce,** 4-7:30 p.m., Fantasy Springs Resort Casino, 84245 Indio Springs Parkway, Indio. $5 (760) 345-6111

**Old Schoolhouse Lecture Series with David Lamfrom on the California Desert Protection Act of 2010,** 7 p.m., Old Schoolhouse Museum, 6760 National Park Drive, Twentynine Palms. $5. (760) 367-5535

### saturday

**Fourth annual Paint El Paseo Pink walk, benefits Desert Cancer Foundation,** 8:30 a.m., The Gardens on El Paseo, 73545 El Paseo, Palm Desert. $15-$20 (760) 773-6554 or www.desertcancerfoundation.org

**Fifth annual Desert Garden Community Day,** 9 a.m., Palm Desert Henderson Community Center, 72559 Highway 111, Palm Desert. (760) 325-5216 or www.deserthorticulturalsociety.org

**Saturday Outdoor Market,** featuring produce, clothing, jewelry, collectibles and food concessions, 9 a.m.-4 p.m., Canyon Plaza South, 67555 Highway 111 (East Palm Canyon Drive), Cathedral City (760) 333-9309

**Art Under the Umbrellas,** featuring 70 artists' exhibitions, live music, wine tasting and demonstrations, 10 a.m.-4 p.m., Old Town La Quinta, corner of Calle Tampico and Desert Club Drive, La Quinta (760) 564-1244

**Palm Desert public art tour,** 10-11 a.m., Palm Desert Public Library, 73300 Fred Waring Drive, Palm Desert. (760) 346-0611, Ext. 664

**Travel and packing seminar,** 10 a.m., It's In the Bag, 72363 Highway 111, Palm Desert. (760) 568-6400

**Tim Gunn Fall Fashion Show,** featuring Juicy Couture, Kate Spade and Lucky Brand Jeans, 1 p.m., El Paseo Village, Southwest parking lot between San Pablo & Lupine, Palm Desert. www.theelpaseovillage.com

**Phoenix Suns vs. Dallas Mavericks preseason NBA game,** 6:30 p.m., Indian Wells Tennis Garden, 78200 Miles Ave., Indian Wells. $10-$100. (800) 462-7849 or www.suns.com/desertsun

joshua tree national park

# Hiker followed shade during 6 days in desert

BY JACOB ADELMAN
The Associated Press

A 64-year-old man, stranded for six days in the Joshua Tree desert, said Tuesday he survived by staying still in a small canyon and moving only to follow the shade.

Edward Rosenthal said he couldn't sit up when a helicopter rescue crew found him last Thursday.

He was gaunt and a bit unsteady Tuesday at his first news conference since the ordeal in the desert, where he had lost 20 pounds.

His face was tan and leathery and his eyes were tired but alert as he recounted the days without food or water. He said the rain drops he caught in his mouth during a drizzle that came the day before he was rescued.

"I'm much more religious now," he said. "I prayed for rain and it rained."

His ordeal started Sept. 24 when Rosenthal went for a day hike but became disoriented after making a wrong turn while returning to his car.

In the days that followed, he wrote on his hat what he thought would be his last messages of love to his wife and daughter, and to offer plans for his funeral.

To his brother he wrote: "A brother like you, is all good and true." To his nephew, "Gideon — Kick sweet ass!"

He named pallbearers for his funeral, specified a menu and asked guests to get drunk and celebrate his life.

Rosenthal, a prominent Los Angeles real estate broker, said he limited his movements to use as little energy as possible, and used his prized walking stick to lift himself up and out of the sun just a few times a day.

"If I had to walk 10 steps, that was a big deal," said Rosenthal, who spoke in the dining room of Clifton's Cafeteria, a landmark restaurant he had brokered the sale of just days before setting out on what he thought would be a short hike in Joshua Tree National Park, where he had been many times.

After losing his bearings, he wandered some 25 miles in the searing heat to the canyon where he spent the following days with a honeybee buzzing around him.

He was dehydrated when rescue crews airlifted him to a hospital and doctors told him his kidneys were in danger of failing.

He did not think he would have survived without the walking stick, the light rain and the small canyon that offered refuge from the sun.

"That little five-acre canyon saved my life. It always had some shade," he said.

JOHN HENRY'S CAFE
New Season Starts
October 6th
California/Continental Cuisine
Full Bar and Patio Seating in a "locals" Atmosphere
1785 Tahquitz Canyon Way, Palm Springs
Reservations (760) 327-7667
www.johnhenryspsp.com

GOLD HITS $1200 PER OUNCE
DON'T MISS THE
GOLDEN OPPORTUNITY EVENT
OUT OF THE BOX ENTERPRISES.COM GOLD STORE
Out of The Box Gold Store is the Valley's Premiere Precious Metals Dealer. They will pay you top dollar for your gold, silver and platinum jewelry in any condition. Plus for every piece of unwanted jewelry you sell, Out of the Box Gold Store will donate 10% to the charity of your choice. Do you have sterling silver flatware and tea sets? Maybe old or rare coins & coin collections? Gold and silver coins? The price of gold is at historic highs! Now is the time to sell to someone you trust...Out of the Box Gold Store!
Pattie Gully Carlson
OUT OF THE BOX ENTERPRISES.COM
GOLD STORE
has purchased over
$8.3 MILLION in
GOLD, SILVER, PLATINUM JEWELRY
RARE COINS, COIN COLLECTIONS, GOLD WATCHES & DIAMONDS
EXCLUSIVELY FROM THE COACHELLA VALLEY
NOW we extend a personal invitation to you!
OPEN 10A-6P
7 DAYS A WEEK
866-2-GOLDSTORE
LIC # 33001096
866-246-5378
73-185 HIGHWAY 111 - PALM DESERT (NEXT TO TONY ROMAS)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
El Paseo Jewelry, Inc., a California corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
Law Offices of Emma D. Enriquez (225059)
505 N. Arrowhead Avenue, Ste. 510, San Bernardino, California 92401
emma@emmaenriquez.com
(909) 206-1246 (phone and facsimile)

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding ☐ 2. Removed from State Court ☐ 3. Remanded from Appellate Court ☐ 4. Reinstated or Reopened ☐ 5. Transferred from Another District (Specify) ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☐ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ unknown

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
False advertising suit brought under 15 USD 1125(a); Cal. Bus. & Prof. Code 17500, 17505; Cal. Bus. & Prof. Code 17200. Plaintiff seeks damages, disgorgement, and injunctive relief.

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/Etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Org.
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/Exchange
☒ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Info. Act
☐ 896 Arbitration
☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
☐ 153 Recovery of Overpayment of Vet. Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL PROPERTY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpratice
☐ 365 Personal Injury-Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accomodations
☐ 445 American with Disabilities-Employment
☐ 446 American with Disabilities-Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty

**Other:**
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405 (g))
☐ 864 SSID Title XVI
☐ 865 RSI (405 (g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

BY FAX

**FOR OFFICE USE ONLY:** Case Number: ED CV 13 - 01708 CBM (OPx)

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? ☐ Yes ☒ No<br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | [illegible] |
|---|---|---|
| | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? ☐ Yes ☒ No<br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | [illegible] | DEFENDANT [illegible] | [illegible] |
|---|---|---|---|
| | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☒ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the WESTERN DIVISION.
Enter "Western" in response to Question D below.

| [illegible] | [illegible] |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Eastern Division |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] NO [ ] YES

If yes, list case number(s):

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] NO [ ] YES

If yes, list case number(s):

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- [ ] A. Arise from the same or closely related transactions, happenings, or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** [signature] **DATE:** September 19, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

Name & Address:
Emma D. Enriquez (SBN 225059)
Law Offices of Emma D. Enriquez
505 N. Arrowhead Ave., Ste. 510
San Bernardino, CA 92401
(909) 206-1246 (phone/facsimile)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EL PASEO JEWELRY, INC., a California Corporation, PLAINTIFF(S) v. OUT OF THE BOX ENTERPRISES, a Texas limited liablity company; DARIN DAMME, an individual; ROBERT RIDDLEMOSER, an individual DEFENDANT(S). | CASE NUMBER ED CV 13 - 01708 CBM (OPx) |
| | **SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Emma D. Enriquez, whose address is 505 N. Arrowhead Ave., Ste. 510, San Bernardino, CA 92401. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP 20 2013

By: A. COBIAN
Deputy Clerk

(Seal of the Court)

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1233

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*